IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-01875-WDM-KLM

WESLEY RAMSEY,

    Plaintiff,

v.

STELLAR RECOVERY; AND
DOES 1-10, INCLUSIVE,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) as to defendant Stellar Recovery. The court interprets the stipulation to be a motion to dismiss all defendants, including Does 1-10, inclusive. Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 30, 2010.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States Senior District Judge